UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21227-CIV-LENARD/WHITE

**ABDEL HAMZE**,

    Plaintiff,

v.

**SGT. JOHN DOE, et al.**,

    Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 5)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 5), issued on April 13, 2011, conducting screening pursuant to 28 U.S.C. §1915 and recommending the Court allow this § 1983 action to proceed at this preliminary stage for a reasonable period of time. After an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 5), issued on April 13, 2011, is **ADOPTED**;

2. This case is permitted to proceed at this preliminary stage after conducting the necessary screening pursuant to 28 U.S.C. §1915.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of April, 2011.

                                                 *[signature]*
                                                 **JOAN A. LENARD**
                                                 **UNITED STATES DISTRICT JUDGE**