UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-21227-CIV-LENARD

ABDELAZIZ BILAL HAMZE,

     Plaintiff,

Vs.

SGT. JOHN DOE, et al.,

     Defendants.

_____/

## JOINT MOTION TO BRING ELECTRONIC EQUIPMENT
## AND FOR ACCESS TO COURTROOM ELECTRONIC EQUIPMENT

The parties, by undersigned counsel for Plaintiff who is expressly authorized by counsel for Defendants to file this motion on their behalf, moves for entry of an order permitting counsel for the parties to bring in laptop computers into the Courthouse and to allow their non-lawyer assistants to enter the Courthouse with their cell phones for the purpose of facilitating the trial. Counsel also moves for permission to use the courtroom electronic technology (including the digital document camera a/k/a "Elmo") during the trial, which is scheduled to commence during the two-week period beginning Monday, June 1, 2015.  The requested computers are described in more detail as follows:

     1.     HP Elitebook   (Gary M. Pappas, counsel for Plaintiff)

     2.     Dell laptop (Ely Gonzalez, counsel for Defendants)

WHEREFORE, the parties jointly request that the Court grant this motion and enter an order allowing them to enter the Court with the laptops referred to above, allowing non-lawyer

assistants to enter the Courthouse with cell phones, and allowing all counsel access to the

electronic courtroom technology as described above.

Dated: May 26, 2015

Respectfully submitted,

By: *s/ Gary M. Pappas*
     Gary M. Pappas (Fla. Bar No. 705853)
     gpappas@cfjblaw.com
     John A. Camp (Fla. Bar No. 848115)
     jcamp@cfjblaw.com
     CARLTON FIELDS JORDEN BURT, P.A.
     Miami Tower
     100 S.E. Second Street, Suite 4200
     Miami, FL  33131
     Telephone: (305) 530-0050
     Facsimile:  (305) 530-0055

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2015, I electronically filed the foregoing *Joint*

*Motion to Bring Electronic Equipment and for Access to Courtroom Electronic Equipment* with

the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served

this day on all counsel of record or pro se parties identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

/S/ *Gary M. Pappas*
Gary M. Pappas
Florida Bar No.: 705853

**<u>SERVICE LIST</u>**
**Abdelaziz Bilal Hamze**
**v.**
**SGT. John Doe, et al.,**
**CASE No.: 11-21227-CIV-LENARD**

| | |
|---|---|
| Ely Anthony Gonzalez | John J. Bajger |
| Assistant Attorney General | Assistant Attorney General |
| Ely.Gonzalez@myfloridalega.com | John.Bajger@myfloridalegal.com |
| OFFICE OF THE ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL |
| 110 S.E. 6th Street / 10th Floor | 110 S.E. 6th Street / 10th Floor |
| Ft. Lauderdale, FL 33301 | Fort Lauderdale, FL 33301 |
| Telephone (954) 712-4600 | Telephone (954) 712-4600 |
| Facsimile  (954) 527-3702 | Fascimile  (954) 527-3702 |

*Attorney for Defendants*          *Co-Counsel for Defendants Rita Yeager and*
                                   *Orlando Gonzalez*

101120626.1                          3